STATE OF NORTH CAROLINA v. CARL L. RUFFIN
No. 686SC380

(Filed 18 December 1968)

**Criminal Law § 161— effect of appeal**

An appeal is itself an exception to the judgment and to any matter appearing on the face of the record proper.

APPEAL by defendant from *Mintz, J.,* June 1968 Criminal Session of HALIFAX Superior Court.

Defendant was indicted by bill of indictment, proper in form, for the crime of escape from the State Prison System while serving a sentence for larceny, which is a felony. Defendant, through his court-appointed counsel, pleaded guilty. After examining the defendant, the trial court determined and adjudged that the plea of guilty had been freely, understandingly and voluntarily made and without any undue influence, compulsion or duress, and without promise of leniency or reward. Judgment was thereupon entered, sentencing defendant to prison for six months, this sentence to run consecutively with the sentence which had previously been imposed upon defendant for larceny. Defendant appealed.

*Attorney General T. W. Bruton and Deputy Attorney General Harry W. McGalliard for the State.*

*W. Lunsford Crew for defendant appellant.*

PARKER, J.

There is no assignment of error in the record, appellant's court-appointed counsel frankly submitting that he is of the opinion that

no prejudicial error was committed in this case but requesting this Court to review the same. An appeal is itself an exception to the judgment and to any matter appearing on the face of the record proper. 1 Strong, N. C. Index 2d, Appeal and Error, § 26, p. 152. We have carefully reviewed the record proper, and find the bill of indictment proper in form, the plea of guilty freely and voluntarily entered, and the sentence imposed to be within statutory limits. G.S. 148-45.

We find

No error.

BROCK and BRITT, JJ., concur.